TRADERS' NATIONAL BANK OF ROCHESTER, Respondent, v. JACOB LASKIN et al., Doing Business under the Firm Name of J. LASKIN & SONS, Appellants.

· (Submitted September 29, 1924; decided October 7, 1924.)

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 238 N. Y. .535.)

UNITED STATES OF AMERICA ex rel. LEMUEL S. MATTHEWS, Respondent, v. MASSACHUSETTS BONDING AND INSURANCE COMPANY et al., Appellants.

(Submitted September 29, 1924; decided October 7, 1924.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 238 N. Y. 334.)

HENDERSON TIRE AND RUBBER COMPANY, INC., Appellant, v. P. K. WILSON & SON, INC., et al., Respondents.

(Submitted September 29, 1924; decided October 7, 1924.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 238 N. Y. 576.)